**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ARTHURS, JR.,

    Plaintiff,

v.

HORNBLOWER, INC., PACIFIC HORNBLOWER, LLC, and DOES 1 through 10, inclusive, *in personam*, and PACIFIC HORNBLOWER, and her engines, tackle, apparel, etc., *in rem*,

    Defendants.
                                                                      /

No. C 11-03374 WHA

**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE**

    Defendants have advised the Court that they still have an outstanding discovery dispute. The Court therefore **SETS** a three-and-a-half-hour meet-and-confer starting from **7:30 A.M. AND CONTINUING TO 11:00 A.M. ON TUESDAY, AUGUST 21, 2012**, in the Court's jury room. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please buzz chambers to be let into the jury room. Plaintiff's response is due by noon on August 14.

    Please note that only those who personally attend the entire meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: August 10, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE