IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ARTHURS, JR.,

    Plaintiff,

  v.

HORNBLOWER, INC., PACIFIC HORNBLOWER, LLC, and DOES 1 through 10, inclusive, *in personam*, and PACIFIC HORNBLOWER, and her engines, tackle, apparel, etc., *in rem*,

    Defendants.

No. C 11-03374 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The request for continuance is **DENIED**. See paragraph 16 in the case management conference.

**IT IS SO ORDERED.**

Dated: October 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE